**FILED**
Thursday, 29 July, 2004  04:00:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE ROBERTS FILTER HOLDING COMPANY d/b/a THE ROBERTS FILTER GROUP, and RG DELAWARE, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | 03-2159 |
| v. | ) ) | |
| ALL SERVICE CONTRACTING CORP. and TIM WALLIS, | ) ) ) | |
| Defendants. | ) | |

ORDER

    This action alleges several claims of cybersquatting, unfair competition and trademark infringement. The case has been pending for more than a year. A scheduling order was entered on January 6, 2004.

    Discovery has not gone smoothly. On June 2, 2004, the plaintiff filed a motion to compel [#37], which the court granted in part and denied in part on June 17, 2004 [#40].

    Now before the court are: the plaintiffs' motion for summary judgment on all counts [#43]; the defendants' motion for extension of time to respond to the motion for summary judgment [#44]; the defendants' motion for extension of time to respond to discovery requests propounded on June 21, 2004 [#45]; the defendants' motion to amend the scheduling order [#46]; and the defendants' motion to compel discovery [#47]. The defendants' motions were filed on July 16, 2004. Fact discovery is scheduled to close on July 30, 2004.

    The defendants argue that, with discovery still outstanding, they cannot adequately respond to the motion for summary judgment. Not only are the defendants now faced with having to respond to a motion for summary judgment, they must also respond to the plaintiffs' discovery requests and induce the plaintiffs to provide requested discovery, all within a relatively short period of time. Fortunately, trial is scheduled for April 2005, which gives the court some leeway to amend the fact discovery deadline.

    The defendants' motion for extension of time to respond to discovery requests [#45] is granted. The fact discovery deadline for both parties is extended to September 8, 2004. The

defendants' motion for extension of time to reply to the motion for summary judgment [#44] is also granted. The defendant shall file its response on or before the dispositive motion deadline of October 8, 2004. The plaintiff may file a reply on or before October 18, 2004. The defendants may file their own dispositive motion by October 8, 2004, with responses and replies to be filed in accordance with the Local Rules. Further requests for extensions of time will be viewed unfavorably by the court.

The defendants' motion to amend the scheduling order [#46] seeks to extend the discovery deadlines and reschedule the trial date. The discovery deadlines have been extended as discussed above; therefore, this issue is now moot. While the court is not unsympathetic to conflicts the attorneys may encounter with other courts' schedules, the trial date in this case has been on this court's calendar for almost seven months. The court trusts the attorneys to plan their calendars accordingly and inform other courts when proposed appearances conflict with those already scheduled by this court. The defendants' motion to amend the scheduling order [#46] is denied; trial remains scheduled for April 4, 2005.

As noted earlier, this is not the first discovery dispute between the parties. Consequently, the telephone status conference now scheduled for Thursday, August 19, 2004 at 2:00 p.m. is converted to a personal appearance, requiring all counsel[1] to appear before the court in Urbana, Illinois for a hearing on the defendants' motion to compel discovery [#47]. In the meantime, the parties are ordered to confer and genuinely attempt to resolve all matters in dispute. Either party's unwillingness to meet and confer in good faith shall be viewed most unfavorably by the court.

## CONCLUSION

For the foregoing reasons, the court:
(1) grants the defendants' motion for extension of time to respond to the motion for summary judgment [#44], and extends the deadline to October 8, 2004;
(2) grants the defendants' motion for extension of time to respond to discovery requests propounded on June 21, 2004 [#45], and extends the fact discovery deadline for all parties to September 8, 2004;
(3) denies the defendants' motion to amend the scheduling order [#46]; and
(4) requires the personal attendance of all counsel at a hearing on the defendants' motion to compel [#47] on August 19, 2004 at 2:00 p.m.

---

[1] Christian Biswell, David Voorhees, James Marek, and Robert Blackmon have entered appearances on behalf of the plaintiffs; Jeffry Justice has entered an appearance on behalf of the defendants. Each attorney is required to appear before the court.

The motion for summary judgment [#43] and the motion to compel [#47] remain pending.

Entered this 29th day of July, 2004.

                    **s/Harold A. Baker**
            _____
                    HAROLD A. BAKER
               UNITED STATES DISTRICT JUDGE