**FILED**
Friday, 13 August, 2004  11:12:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS URBANA DIVISION

| | |
|---|---|
| THE ROBERTS FILTER HOLDING COMPANY ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 03 CV 2159 |
| vs. ) | |
| ) | |
| ALL SERVICE CONTRACTING CORP and ) | |
| TIM WALLIS, ) | |
| ) | |
| Defendants. | |

## WITH DRAWAL OF DEFENDANT'S MOTION TO COMPEL

Defendant, All Service Contracting Corp., by Attorney Jeff Justice, states as follows:

1. The plaintiff has now answered the supplemental request to produce issued by All Service.

Wherefore All Service hereby withdraws its motion to compel.

All Service Contracting Corp. & Tim Wallis

By: Jeff Justice, Defendants' Attorney

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 13, 2004 I emailed this pleading to Mr. Jim Merek.

_____
Jeff Justice

Jeff Justice
IL Registration No. 1376756
Attorney for Plaintiff
515 Millikin Court
Decatur, Illinois 62523
Tele: (217) 422-9800
Telecopier: (217) 428-9742
E-mail address: jeff@jeffryjustice.com