IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| THE ROBERTS FILTER HOLDING COMPANY ) <br> d/b/a THE ROBERTS FILTER GROUP ) <br> and ) <br> RG DELAWARE, INC., ) <br>  ) <br>  Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> ALL SERVICE CONTRACTING CORP and ) <br> TIM WALLIS, ) | Civil Action No. 03 -2159 |

**MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT DOCUMENTS**

Now comes All Service by Jeff Justice and states as follows:

1. The settlement in this case involves dismissal of certain protests to a copyright application.

2. The dismissals are coming from 3rd parties.

3. One such dismissal was filed using an incorrect format and will have to be refiled.

4. The Trademark Office is in the middle of relocating its offices and this has caused delays in processing documents.

5. The parties have signed the documents to dismiss the case but are holding them until the action by the 3rd parties is completed.

6. This motion is with the full concurrence of the plaintiff.

Wherefore the parties request an additional 30 days in which to file the documents completing this case.

Jeff Justice

Jeff Justice
IL Registration No. 1376756
Attorney for Plaintiff
515 Millikin Court
Decatur, Illinois 62523
Tele:  (217) 422-9800
Telecopier: (217) 428-9742
E-mail address: jeff@jeffryjustice.com