E-FILED
Tuesday, 26 October, 2004  02:58:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| THE ROBERTS FILTER HOLDING COMPANY ) <br> d/b/a THE ROBERTS FILTER GROUP ) <br> and ) <br> RG DELAWARE, INC., ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> vs. ) <br>   ) <br> ALL SERVICE CONTRACTING CORP and ) <br> TIM WALLIS, ) | Civil Action No. 03 -2159 |

## CERTIFICATE OF SERVICE AS TO MOTION FOR ADDITIONAL TIME TO FILE SETTLEMENT DOCUMENTS

     Attorney Jeff Justice, certifies that on October 18, 2004 at 12:51 p.m. I emailed a copy of the motion for additional time to file settlement documents to James Merek.

     Jeff Justice

Jeff Justice
IL Registration No. 1376756
Attorney for Plaintiff
515 Millikin Court
Decatur, Illinois 62523
Tele:  (217) 422-9800
Telecopier: (217) 428-9742
E-mail address: jeff@jeffryjustice.com