IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| THE ROBERTS FILTER HOLDING COMPANY, d/b/a THE ROBERTS FILTER GROUP AND RG DELAWARE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ALL SERVICE CONTRACTING CORP AND TIM WALLIS<br><br>Defendants. | Civil Action No.:03-CV-2159 |

### JOINT MOTION BY ALL PARTIES
### FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, THE ROBERTS FILTER GROUP and RG DELAWARE, INC., and Defendants, ALL SERVICE CONTRACTING CORP and TIM WALLIS, pursuant to Rule 58 of the Federal Rules of Civil Procedure , hereby move this Court for entry of the attached Consent Judgment. All parties have agreed to each and every term in the Consent Judgment. Further, all parties request that the above-identified action be dismissed with prejudice only after entry and subject to the Consent Judgment.

Dated: November 17, 2004

Respectfully submitted,

_____
Jeff Justice
Attorney for Defendants
IL Registration No. 1376756
515 Millikin Court
Decatur, Illinois  62523
Tele:  (217) 422-9800
Telecopier: (217) 428-9742
E-mail address: jeff@jeffryjustice.com

Facsimile: 9217) 428-9712

Attorney for Defendants

Date: 11/16/04

James J. Merek, Esquire

MEREK, BLACKMON & VOORHEES, LLC
673 South Washington Street
Alexandria, Virginia 22314
Telephone: (703) 684-5633
Facsimile: (703) 684-5637

Attorney for Plaintiffs

THE ROBERTS FILTER GROUP and
RG DELAWARE, INC.